# Exhibit A

# Part 573 Safety Recall Report     17E-044

**Manufacturer Name :** K&N ENGINEERING, INC.
**Submission Date :** AUG 14, 2017
**NHTSA Recall No. :** 17E-044
**Manufacturer Recall No. :** NR



## Manufacturer Information :

Manufacturer Name : K&N ENGINEERING, INC.
Address : 1455 CITRUS ST.
RIVERSIDE CA 92507
Company phone : 951-826-4065

## Population :

Number of potentially involved : 186,000
Estimated percentage with defect : NR

## Equipment Information :

Brand / Trade 1 : K&N
Model : Powersports Oil Filter
Part No. : KN-204
Size : NR
Function : Oil filter
Descriptive Information : K&N determined the dates of manufacture of the oil filters reported to have leaked at the removal nut by examining the date codes stamped on the filters. K&N determined that the increase in the frequency of failures began with filters produced after March 1, 2016. Based on K&N's analysis and available information, K&N believes that the deterioration in quality may have been caused by a change in the material used to manufacture the oil filter canisters. The oil filters manufactured for K&N after September 2016, have a revision to the shape of the removal nut and canister end and are stamped with a date code that shows they were manufactured after September 2016. The recalled oil filters are stamped with a code indicating the dates of manufacture between March 1, 2016 and September 30, 2016.
Production Dates : MAR 01, 2016 - SEP 30, 2016

## Description of Defect :

Description of the Defect : Oil can leak at the area where a nut (intended for use to remove the oil filter during routine oil changes) is welded to the end of the filter canister.
FMVSS 1 : NR
FMVSS 2 : NR
Description of the Safety Risk : In some instances, if oil leaks from the oil filter, it could come into contact with the rear tire or rear brake of the motorcycle on which it is installed. If this were to occur, it could lead to a loss of control or a crash.

| | |
|---|---|
| Description of the Cause : | K&N believes the cause of the defect may have been a change in the material used to manufacture the oil filter canisters coupled with inadequate mating of the contact surfaces of the removal nut and canister end to which it is welded and possible improper welding of the nut to the canister. |
| Identification of Any Warning that can Occur : | NR |

**Supplier Identification :**

**Component Manufacturer**

| | |
|---|---|
| Name : | C.T. Industry Co., LTD |
| Address : | 34,34/1-2 Moo 11, Petchkasem Road Om-noi, Krathum Baen FOREIGN STATES |
| Country : | Thailand |

**Chronology :**

In or about November 2015, K&N began using a new manufacturer to supply its powersports oil filters. The supplier committed to manufacturing the filters to OEM specifications in accordance with SAE and ISO test protocols. KN-204 oil filters are manufactured with a nut welded to one end for use in removing the filter from an engine. In September 2016, after noticing a small increase in warranty claims relating to oil leaking around the nut, K&N discussed the claims with the manufacturer. The manufacturer said it evaluated and tested sample oil filters manufactured through September 2016 and concluded any failures experienced by consumers were due to over-pressurization of the filters from engine modifications or faulty engine components or from consumer misuse or negligent installation. Based on that response K&N decided to continue to monitor the situation.

At that time, K&N suggested the manufacturer revise the shape of the nut and the end of the filter to which it is welded to improve the mating of the two parts. The mating surface of the nut was made more concave and the end of the filter was reshaped to match the nut. This change improved the welding process and the strength of the filter. No KN-204 oil filters were manufactured between October 1 and December 12, 2016, when this revision was implemented.

In or about March 2017, K&N began seeing an increase in warranty claims involving the KN-204 filter and began collecting and analyzing claims data to determine the manufacturing dates of the failed filters. In late July 2017, K&N's analysis revealed that while the absolute number of warranty claims involving the KN-204 filters was relatively small, the frequency of claims with respect to filters manufactured between March and September 2016 was increasing, and it was greater than historical norms for this part and for K&N's other oil filters. K&N then consulted with counsel with NHTSA experience, and in early August it decided to initiate this recall.

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | K&N will offer to replace the oil filters covered by the recall with new, improved oil filters, at no charge.  Alternatively, at the option of the consumer, K&N will refund the purchase price of the recalled oil filter, after that filter is returned to K&N with proof of its purchase.  K&N will pay all  shipping charges.  In addition, K&N will reimburse the cost of replacement to consumers who replaced a recalled oil filter in order to address the defect prior to the commencement of the recall, if the consumer can provide proper documentation. |
| How Remedy Component Differs from Recalled Component : | The recalled part is a K&N Powersports Oil Filter, Part Number KN-204.  The filters are stamped by the manufacturer with a manufacturing date code.  The remedy component has a reshaped "removal nut" and canister end that provides for better mating of the nut to the canister and improves the integrity of the weld joining the two components.  The remedy component will bear the same name, description and part number, but will be stamped with a manufacturing date code that shows it was manufactured after the design change described above. |
| Identify How/When Recall Condition was Corrected in Production : | With input from K&N, the manufacturer revised the shape of the removal nut and canister end to improve the mating of the two components, which facilitated the welding process.  K&N believed the manner in which the two components were welded together was the potential cause of the failures or oil leaks.  This change was incorporated into production on December 12, 2016.  No KN-204 oil filters were manufactured between September 30, 2016 and December 12, 2016.  There have been no reported leaks or failures at the removal nut since the revision was implemented. |

**Recall Schedule :**

Description of Recall Schedule : Unknown at this time.
Planned Dealer Notification Date : NR   - NR
Planned Owner Notification Date : NR   - NR

**Purchaser Information :**

The following manufacturers purchased this defective/noncompliant equipment for possible use or installation in new motor vehicles or new items of motor vehicle equipment:

Name : NR
Address : NR
NR
Country : NR
Company Phone : NR

\* NR - Not Reported