# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| John Penrod, Gus Erpenbach, and Juan Welsh, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 18-cv-02907 ECT/LIB |
| K&N Engineering, Inc., | |
| Defendant. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant K&N Engineering, Inc.'s Motion to Dismiss [ECF No. 42] is GRANTED for lack of subject-matter jurisdiction;
2. Defendant K&N Engineering, Inc.'s Motion to Strike [ECF No. 48] is DENIED AS MOOT;
3. Plaintiffs' claims are DISMISSED WITHOUT PREJUDICE.

Date: 1/21/2020

KATE M. FOGARTY, CLERK

s/M. Perry
(By) M. Perry, Deputy Clerk