UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN PENROD, GUS ERPENBACH, and JUAN WELSH, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>K&N ENGINEERING, INC.<br><br>Defendant. | Case No.: 0:18-cv-2907-ECT-LIB |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure, Rule 3(c)(1) and 4(a), notice is hereby given that Plaintiffs JOHN PENROD, GUS ERPENBACH, and JUAN WELSH, individually and on behalf of themselves and all others similarly situated, in the above-named case appeal to the United States Court of Appeals for the Eighth Circuit.

The above-named Plaintiffs appeal from the judgment of the U.S. District Court for the District of Minnesota that was entered on January 21, 2020, that dismissed the action in its entirety for lack of subject -matter jurisdiction.

Dated: February 19, 2020      By:    s/ Daniel C. Hedlund
                                                    Daniel E. Gustafson (#202241)
                                                    Daniel C. Hedlund (#258337)
                                                    Catherine K. Smith (#353723)
                                                    **Gustafson Gluek PLLC**
                                                    Canadian Pacific Plaza
                                                    120 South Sixth Street, Suite 2600
                                                    Minneapolis, Minnesota 55402
                                                    Tel: (612) 333-8844

Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
csmith@gustafsongluek.com

Matthew D. Schelkopf
Joseph G. Sauder
Joseph B. Kenney
**SAUDER SCHELKOPF**
555 Lancaster Avenue
Berwyn, PA 19312
Tel: (610) 200-0581
Facsimile: (610) 421-1326
mds@sstriallawyers.com
jgs@sstriallawyers.com
jbk@sstriallawyers.com

Richard D. McCune
David C. Wright
**McCune Wright Arevalo LLP**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: (909) 557-1250
Facsimile: (909) 557-1275
rdm@mccunewright.com
dcw@mccunewright.com

*Counsel for Plaintiffs*